UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

Helen Romania Elder                                          Case No. 6:17-bk-04240-ABB
                                                             Chapter 13

     Debtor(s).
_____/

**[ 2nd AMENDED] CHAPTER 13 PLAN**

A.    **NOTICES.**

**Debtor[1] must check one box on each line to state whether or not the Plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the Plan.**

| | | |
|---|---|---|
| A limit on the amount of a secured claim based on a valuation which may result in a partial payment or no payment at all to the secured creditor. A separate motion will be filed. | Included ☐ | Not Included ☐ X |
| Avoidance of a lien or security interest. A separate motion will be filed. | Included ☐ | Not Included ☐ X |
| Nonstandard provisions, set out in Section E. | Included ☐ | Not Included ☐ X |

B.    **MONTHLY PLAN PAYMENTS.** Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of __60__ months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payments under the Plan and may cause an increased distribution to the unsecured class of creditors.

    $__163.02__ from month __1__ through __3__.
    $__1676__ from month __4__ through __60__.
    $_____ from month _____ through _____.

C.    **PROPOSED DISTRIBUTIONS.**

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

1. **ADMINISTRATIVE ATTORNEY'S FEES.**

Base Fee $__4500_____ Total Paid Prepetition $__1190___ Balance Due $_3310

MMM Fee $__2500_____ Total Paid Prepetition $__0____ Balance Due $_2500_

Monitoring Fee:   $_50___/Month after Confirmation estimated in month 7 of Plan

Estimated Additional Fees Subject to Court Approval $_____

Attorney's Fees Payable Through Plan at $__102__ Monthly (subject to adjustment).

2. **DOMESTIC SUPPORT OBLIGATIONS (as defined in 11 U.S.C. §101(14A).**

| Acct. No. | Creditor | Total Claim Amount |
|---|---|---|
|  |  |  |
|  |  |  |

3. **PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

| Last Four Digits of Acct. No. | Creditor | Total Claim Amount |
|---|---|---|
|  |  |  |
|  |  |  |

4. **TRUSTEE FEES.** From each payment received from Debtor, the Trustee shall receive a fee, the percentage of which is fixed periodically by the United States Trustee.

5. **SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. The Trustee shall disburse adequate protection payments to secured creditors prior to confirmation, as soon as practicable, if the Plan provides for payment to the secured creditor, the secured creditor has filed a proof of claim or Debtor or Trustee has filed a proof of claim for the secured creditor under § 501(c), and no objection to the claim is pending. If Debtor's payments under the Plan are timely paid, payments to secured creditors under the Plan shall be contractually paid on time.

(a) Claims Secured by Debtor's Principal Residence Which Debtor Intends to

**Retain/Mortgage Payments and Arrears, if any, Paid Through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage on Debtor's principal residence, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments for Debtor's principal residence on the following mortgage claims.

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Regular Monthly Payment | Gap Payment | Arrears |
|---|---|---|---|---|---|
| XXXX ** Debtor has no information about this loan | Chase | 1348 Crawford Dr, Apopka, FL 32703 | $50 | N/A | N/A |
| XXXX | Bank of America | 1348 Crawford Dr, Apopka, FL 32703 | N/A | N/A | $2,195.16 |

(b) **Claims Secured by Real Property Other Than Debtor's Principal Residence Which Debtor Intends to Retain/ Mortgage Payments and Arrears, if any, Paid Through the Plan.** If the Plan provides to cure prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims.

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Regular Monthly Payment | Gap Payment | Arrears |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

(c) **Claims Secured by Real Property/Debtor Intends to Seek Mortgage**

3

**Modification.** If Debtor obtains a modification of the mortgage, the modified payments shall be paid through the Plan. Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment; or (2) for *non-homestead,* income-producing property, 75% of the gross rental income generated from the property.

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Adequate Protection Payment |
|---|---|---|---|
| XXXX | Bank of America | 1348 Crawford Dr, Apopka, FL 32703 | $731.72 (31%) |
| | | | |

**(d)    Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Under 11 U.S.C. § 1322 (b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. **A separate motion to determine secured status or to value the collateral must be filed.** The secured portion of the claim, estimated below, shall be paid.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Value | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

4

(e) **Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY Under the Final Paragraph in 11 U.S.C. § 1325(a).** The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of Debtor; or (2) incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the Plan with interest at the rate stated below.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|
| 1501 | McCoy FCU | 2015 Altima | $22,279.00 | $425.55 | 5.5% |
|  |  |  |  |  |  |

(f) **Claims Secured by Real or Personal Property to be Paid with Interest Through the Plan under 11 U.S.C. § 1322(b)(2).** The following secured claims will be paid in full under the Plan with interest at the rate stated below.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

(g) **Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearage, if any, with All Payments in Plan.**

| Last Four Digits of Acct. No. | Creditor | Collateral Description | Regular Contractual Payment | Arrearage |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

5

**(h) Secured Claims Paid Directly by Debtor.** The following secured claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights.

| Last Four Digits of Acct. No. | Creditor | Property/Collateral |
|---|---|---|
| | | |
| | | |

**(i) Liens to be Avoided Pursuant to 11 U.S.C. § 522 or Stripped Off Pursuant to 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

| Last Four Digits of Acct. No. | Creditor | Collateral Description / Address |
|---|---|---|
| | | |
| | | |

**(j) Surrender of Collateral/Property that Secures a Claim.** Debtor will surrender the following collateral/property. The automatic stay under 11 U.S.C. Sections 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors.

| Last Four Digits of Acct. No. | Creditor | Collateral/Property Description/Address |
|---|---|---|
| | | |
| | | |

**(k)** **Secured Claims That Debtor Does Not Intend to Pay.** Debtor does not intend to make payments to the following secured creditors. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor with respect to these creditors. Debtor's state law contract rights and defenses are neither terminated nor abrogated.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/Address |
|---|---|---|
|  |  |  |
|  |  |  |

**6.** **LEASES / EXECUTORY CONTRACTS.** As and for adequate protection, the Trustee shall disburse payments to creditors under leases or executory contracts prior to confirmation, as soon as practicable, if the Plan provides for payment to creditor/lessor, the creditor/lessor has filed a proof of claim or Debtor or Trustee has filed a proof of claim for the secured creditor/lessor under § 501(c), and no objection to the claim is pending. If Debtor's payments under the Plan are timely paid, payments to creditors/lessors under the Plan shall be deemed contractually paid on time.

**(a)** **Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid and Arrearages Cured Through the Plan.** Debtor assumes the following leases/executory contracts and proposes the prompt cure of any prepetition arrearage as follows.

| Last Four Digits of Acct. No. | Creditor/Lessor | Description of Leased Property | Regular Contractual Payment | Arrearage and Proposed Cure |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

7

(b) **Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid Directly by the Debtor.** Debtor assumes the following lease/executory contract claims that are paid via automatic debit/draft from Debtor's depository account and are to continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights.

| Last Four Digits of Acct. No. | Creditor/Lessor | Property/Collateral |
|---|---|---|
| | | |
| | | |

(c) **Rejection of Leases/Executory Contracts and Surrender of Real or Personal Leased Property.** Debtor rejects the following leases/executory contracts and will surrender the following leased real or personal property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan.

| Last Four Digits of Acct. No. | Creditor/Lessor | Property/Collateral to be Surrendered |
|---|---|---|
| | | |
| | | |

7. **GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $__pro rata_____.

D. **GENERAL PLAN PROVISIONS:**

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims.

2. Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

8

3. If Debtor fails to check (a) or (b) below, or if Debtor checks both (a) and (b), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise. Property of the estate

(a) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise, or

(b) _____ shall vest in Debtor upon confirmation of the Plan.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. Unless otherwise ordered by the Court, the Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

5. Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

6. Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide the Trustee with a statement to that effect). For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered, consented to by the Trustee, or ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. Debtor shall spend no tax refunds without first having obtained the Trustee's consent or court approval.

E. **NONSTANDARD PROVISIONS as Defined in Federal Rule of Bankruptcy Procedure 3015(c).** Note: Any nonstandard provisions of this Plan other than those set out in this section are deemed void and are stricken.

_____
_____
_____

## CERTIFICATION

By filing this document, the Attorney for Debtor, or Debtor, if not represented by an attorney, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in the model Plan adopted by this Court, and that this plan contains no additional or deleted wording or nonstandard provisions other than any nonstandard provisions included in Section E.

### SIGNATURE(S):

Debtors

/s/ Helen Elder                                              Date 09/15/2017

_____                              Date_____

Debtors' Attorney

/s/ Wayne B. Spivak                                          Date 09/15/2017

| DUE DATE 27th | | 17-4240 B 7/27/2017 Unsecured | | | ELDER Debtor Pmt | AMENDED 8/14/17 10.0% Tee Fee | | | ATTY | # 350 MONITORING FEE | | CHASE CRAWFORD DR | | BOA CRAWFORD DR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | 60 | | | | | | | | | | |
| 7/27/2017 | 1 | ($0.00) | | | $163.02 | $16.30 | | | | | | $50.00 | | |
| 8/27/2017 | 2 | ($0.00) | | | $163.02 | $16.30 | | | | | | $50.00 | | |
| 9/27/2017 | 3 | ($0.00) | 3 | at | $163.02 | $16.30 | 3 | at | | | | $50.00 | 3 at | |
| 10/27/2017 | 4 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | | $50.00 | | $731.72 |
| 11/27/2017 | 5 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | | $50.00 | | $731.72 |
| 12/27/2017 | 6 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | 6 at | | $50.00 | | $731.72 |
| 1/27/2018 | 7 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | 1 at | | $50.00 | | $731.72 |
| 2/27/2018 | 8 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 3/27/2018 | 9 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 4/27/2018 | 10 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 5/27/2018 | 11 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 6/27/2018 | 12 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 7/27/2018 | 13 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 8/27/2018 | 14 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 9/27/2018 | 15 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 10/27/2018 | 16 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 11/27/2018 | 17 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 12/27/2018 | 18 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 1/27/2019 | 19 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 2/27/2019 | 20 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 3/27/2019 | 21 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 4/27/2019 | 22 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 5/27/2019 | 23 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 6/27/2019 | 24 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 7/27/2019 | 25 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 8/27/2019 | 26 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 9/27/2019 | 27 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 10/27/2019 | 28 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 11/27/2019 | 29 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 12/27/2019 | 30 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 1/27/2020 | 31 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 2/27/2020 | 32 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 3/27/2020 | 33 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 4/27/2020 | 34 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 5/27/2020 | 35 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 6/27/2020 | 36 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 7/27/2020 | 37 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 8/27/2020 | 38 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 9/27/2020 | 39 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 10/27/2020 | 40 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 11/27/2020 | 41 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 12/27/2020 | 42 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 1/27/2021 | 43 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 2/27/2021 | 44 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 3/27/2021 | 45 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 4/27/2021 | 46 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 5/27/2021 | 47 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 6/27/2021 | 48 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 7/27/2021 | 49 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 8/27/2021 | 50 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 9/27/2021 | 51 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 10/27/2021 | 52 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 11/27/2021 | 53 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 12/27/2021 | 54 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 1/27/2022 | 55 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 2/27/2022 | 56 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 3/27/2022 | 57 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 4/27/2022 | 58 | $0.00 | | | $1,676.00 | $167.60 | | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 5/27/2022 | 59 | $0.00 | | | $1,676.00 | $167.60 | 56 at | | $102.00 | | $50.00 | $50.00 | | $731.72 |
| 6/27/2022 | 60 | $55.76 | 57 at | | $1,676.00 | $167.60 | 1 | at | $98.00 | 53 at | $50.00 | 60 at | $50.00 | 57 at | $731.72 |
| | | $55.75 | | | $96,021.06 | $9,602.11 | | | $5,810.00 | | $2,650.00 | | $3,000.00 | | $41,708.04 |
| | | $1.00 | | | | | | | $5,810.00 | | 2650.00 | | 3000.00 | | 43903.20 |
| | | 5575% | | | | | | | | | Claim # 350 | | | | MEDIATION |

| DUE DATE 27th | | | | | | POST PET ARR | | MCCOY FCU ALTIMA | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | | | | | | | | | | | | | | |
| 7/27/2017 | 1 | | | | | | | | $96.72 | | | | | | | | | |
| 8/27/2017 | 2 | | | | | | | | $96.72 | | | | | | | | | 1 at |
| 9/27/2017 | 3 | 3 | at | | | | | 3 at | $96.72 | | | | | | | | | |
| 10/27/2017 | 4 | | | | | $219.52 | | | $405.16 | | | | | | | | | |
| 11/27/2017 | 5 | | | | | $219.52 | | | $405.16 | | | | | | | | | |
| 12/27/2017 | 6 | | | | | $219.52 | | | $405.16 | | | | | | | | | |
| 1/27/2018 | 7 | | | | | $219.52 | | 4 at | $405.16 | | | | | | | | | |
| 2/27/2018 | 8 | | | | | $219.52 | | | $355.16 | | | | | | | | | |
| 3/27/2018 | 9 | | | | | $219.52 | | | $355.16 | | | | | | | | | |
| 4/27/2018 | 10 | | | | | $219.52 | | | $355.16 | | | | | | | | | |
| 5/27/2018 | 11 | | | | | $219.52 | | | $355.16 | | | | | | | | | |
| 6/27/2018 | 12 | 9 | at | | | $219.52 | | 5 at | $355.16 | | | | | | | | | |
| 7/27/2018 | 13 | 1 | at | | | $219.48 | | 1 at | $355.20 | | | | | | | | | |
| 8/27/2018 | 14 | | | | | | | | $574.68 | | | | | | | | | |
| 9/27/2018 | 15 | | | | | | | | $574.68 | | | | | | | | | |
| 10/27/2018 | 16 | | | | | | | | $574.68 | | | | | | | | | |
| 11/27/2018 | 17 | | | | | | | | $574.68 | | | | | | | | | |
| 12/27/2018 | 18 | | | | | | | | $574.68 | | | | | | | | | |
| 1/27/2019 | 19 | | | | | | | | $574.68 | | | | | | | | | |
| 2/27/2019 | 20 | | | | | | | | $574.68 | | | | | | | | | |
| 3/27/2019 | 21 | | | | | | | | $574.68 | | | | | | | | | |
| 4/27/2019 | 22 | | | | | | | | $574.68 | | | | | | | | | |
| 5/27/2019 | 23 | | | | | | | | $574.68 | | | | | | | | | |
| 6/27/2019 | 24 | | | | | | | | $574.68 | | | | | | | | | |
| 7/27/2019 | 25 | | | | | | | | $574.68 | | | | | | | | | |
| 8/27/2019 | 26 | | | | | | | | $574.68 | | | | | | | | | |
| 9/27/2019 | 27 | | | | | | | | $574.68 | | | | | | | | | |
| 10/27/2019 | 28 | | | | | | | | $574.68 | | | | | | | | | |
| 11/27/2019 | 29 | | | | | | | | $574.68 | | | | | | | | | |
| 12/27/2019 | 30 | | | | | | | | $574.68 | | | | | | | | | |
| 1/27/2020 | 31 | | | | | | | | $574.68 | | | | | | | | | |
| 2/27/2020 | 32 | | | | | | | | $574.68 | | | | | | | | | |
| 3/27/2020 | 33 | | | | | | | | $574.68 | | | | | | | | | |
| 4/27/2020 | 34 | | | | | | | | $574.68 | | | | | | | | | |
| 5/27/2020 | 35 | | | | | | | | $574.68 | | | | | | | | | |
| 6/27/2020 | 36 | | | | | | | | $574.68 | | | | | | | | | |
| 7/27/2020 | 37 | | | | | | | | $574.68 | | | | | | | | | |
| 8/27/2020 | 38 | | | | | | | | $574.68 | | | | | | | | | |
| 9/27/2020 | 39 | | | | | | | | $574.68 | | | | | | | | | |
| 10/27/2020 | 40 | | | | | | | | $574.68 | | | | | | | | | |
| 11/27/2020 | 41 | | | | | | | | $574.68 | | | | | | | | | |
| 12/27/2020 | 42 | | | | | | | | $574.68 | | | | | | | | | |
| 1/27/2021 | 43 | | | | | | | | $574.68 | | | | | | | | | |
| 2/27/2021 | 44 | | | | | | | | $574.68 | | | | | | | | | |
| 3/27/2021 | 45 | | | | | | | | $574.68 | | | | | | | | | |
| 4/27/2021 | 46 | | | | | | | | $574.68 | | | | | | | | | |
| 5/27/2021 | 47 | | | | | | | | $574.68 | | | | | | | | | |
| 6/27/2021 | 48 | | | | | | | | $574.68 | | | | | | | | | |
| 7/27/2021 | 49 | | | | | | | | $574.68 | | | | | | | | | |
| 8/27/2021 | 50 | | | | | | | | $574.68 | | | | | | | | | |
| 9/27/2021 | 51 | | | | | | | | $574.68 | | | | | | | | | |
| 10/27/2021 | 52 | | | | | | | | $574.68 | | | | | | | | | |
| 11/27/2021 | 53 | | | | | | | | $574.68 | | | | | | | | | |
| 12/27/2021 | 54 | | | | | | | | $574.68 | | | | | | | | | |
| 1/27/2022 | 55 | | | | | | | | $574.68 | | | | | | | | | |
| 2/27/2022 | 56 | | | | | | | | $574.68 | | | | | | | | | |
| 3/27/2022 | 57 | | | | | | | | $574.68 | | | | | | | | | |
| 4/27/2022 | 58 | | | | | | | | $574.68 | | | | | | | | | |
| 5/27/2022 | 59 | | | | | | | | 46 at | $574.68 | | | | | | | | | |
| 6/27/2022 | 60 | 47 | at | | | | | 1 at | $522.92 | 60 at | | 60 at | | 60 at | | 60 at | | 59 at |
| | | | | $2,195.16 | | | | | $31,000.00 | | | | | | | | | |
| | | | | 2195.16 | | | | | 31000.00 | | | | | | | | | |
| | | | | PD WITH 7% | | | | | PD WITH 7% CONTRACT RATE | | | | | | | | | |

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In Re:                                                Case No. 6:17-bk-04240
                                                        Chapter: 13

Helen Romania Elder

        Debtor (s).
_____/

### CERTIFICATE OF SERVICE FOR 2nd AMENDED CHAPTER 13 PLAN

COMES NOW, the undersigned counsel hereby certifies that copies of the 2nd Amended Chapter 13 Plan have been furnished by regular U.S. Mail or electronically via ECF to Laurie K Weatherford, PO Box 3450, Winter Park, FL 32790; United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801, Debtor Helen Romania Elder, 1348 Crawford Drive, Apopka, FL 32703; and to all parties on the attached creditor matrix, this 15th of September, 2017.

                                                           By: /s/ Wayne B. Spivak
                                                           Wayne B. Spivak, Esq.
                                                           Florida Bar No. 38191
                                                           Justin Clark & Associates, PLLC
                                                           Attorney for Debtor
                                                           500 Winderley Place, Unit 100
                                                           Maitland, FL 32751
                                                           Tel: 321-282-1055
                                                           Fax: 321-282-1051
                                                           Email: wspivak@youhavepower.com

11

Label Matrix for local noticing
113A-6
Case 6:17-bk-04240-ABB
Middle District of Florida
Orlando
Fri Sep 15 10:10:57 EDT 2017

Bank of America
c/o Albertelli Law
PO Box 23028
Tampa, FL 33623-2028

ERC/Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256-7412

(p)GOLD KEY CREDIT INC
PO BOX 15670
BROOKSVILLE FL 34604-0122

M J Altman Companies I
Po Box 3070
Ocala, FL 34478-3070

Mccoy Federal Credit U
1900 Mccoy Rd
Orlando, FL 32809-7896

Safco
5900 Lake Ellenor Dr
Orlando, FL 32809-4643

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896-0001

United States Trustee - ORL7/13 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Helen Romania Elder
1348 Crawford Drive
Apopka, FL 32703-3600

Calvin Elder Sr.
1267 Alston Bay Blvd.
Apopka, FL 32703-8456

Fingerhut
6250 Ridgewood Rd
St Cloud, MN 56303-0820

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Mariner Finance
8211 Town Center Dr
Nottingham, MD 21236-5904

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

Southern Auto Finance Company
6700 N. Andrews Ave., Ste. 500
Ft. Lauderdale, FL 33309-2199

Think Cash First Bk of Delaware
Attn: Customer Support
Po Box 37727
Philadelphia, PA 19101-5027

Wayne B Spivak +
Attorneys Justin Clark & Associates PLLC
500 Winderley Place, Unit 100
Maitland, FL 32751-7406

McCoy Federal Credit Union
c/o Andrew W. Houchins
Post Office Box 3146
Orlando, FL 32802-3146

Dr Leonards/Carol Wright Gifts
Po Box 7821
Edison, NJ 08818-7821

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

JP Morgan Chase Bank
780 Kansas Lane
Suite A
Monroe, LA 71203-4774

McCoy Federal Credit Union
c/o Andrew W. Houchins, Esquire
P.O. Box 3146
Orlando, FL 32802-3146

Orlando FCU
1117 S Westmoreland Dr
Orlando, FL 32805-3866

Sunbelt Credit
181 Security Pl
Spartanburg, SC 29307-5450

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

Andrew W Houchins +
Rush Marshall Jones and Kelly
PO Box 3146
Orlando, FL 32802-3146

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Gold Key Credit
Attn: Bankruptcy
Po Box 15670
Brooksville, FL 34604


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Arthur B. Briskman
Orlando

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28