ORDERED.

Dated:  October 06, 2017



UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

Helen Romania Elder                                    Case No. 6:17-bk-04240-ABB
                                                       Chapter 13

    Debtor(s).

_____/

**ORDER GRANTING MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO EXTEND AUTOMATIC STAY (DE# 24)**

THIS CAUSE, came on for consideration upon the court at a hearing held on October 5, 2017 upon the Debtor's Motion for Reconsideration of Order Denying Motion to Extend Automatic Stay (DE# 24). Accordingly, it is

ORDERED

1. Debtor's Motion for Reconsideration of Order Denying Motion to Extend Automatic Stay is GRANTED.
2. Debtor may continue forward with her Chapter 13 case as filed with the automatic stay in place as to all creditors.

Attorney Wayne B. Spivak is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of this order.