ORDERED.

Dated: **November 06, 2017**

_____
Arthur B. Briskman
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

IN RE:

Helen Romania Elder                                          Case No. 6:17-bk-04240-ABB
                                                             Chapter 13

     Debtor(s).
_____/

**ORDER SUSTAINING OBJECTION TO CLAIM NO. 2
OF McCOY FEDERAL CREDIT UNION (DE# 45)**

THIS CAUSE, came on for consideration without a hearing held upon the Debtors' Objection to Claim No. 2 of McCoy Federal Credit Union (DE# 45). The objection was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 30 days of the date of service. No party filed a response within the time permitted. The Court therefore considers this matter to be unopposed. Accordingly, it is

ORDERED

1. Debtor's Objection to Claim No. 2 of McCoy Federal Credit Union is SUSTAINED.

2. Claim No. 2 filed by McCoy Federal Credit Union in the amount of $25,972.87 will be paid by the Debtors at the proposed 5.5% interest.

Attorney Wayne B. Spivak is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of this order.