## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:

Helen Romania Elder                                  Case No. 6:17-bk-04240-ABB
                                                     Chapter 13

      Debtor(s).
_____/

## MOTION TO RECONSIDER ORDER GRANTING MOTION TO DISMISS CASE FOR FAILURE TO MAINTAIN TIMELY PLAN PAYMENTS

COMES NOW, Debtor, HELEN ROMANIA ELDER, by and through the undersigned Counsel, files this Motion to Reconsider Order Granting Motion to Dismiss Case for Failure to Maintain Timely Plan Payments and says:

1. The Debtor filed the Chapter 13 petition on June 27, 2017.

2. Debtor has been having plan payments automatically deducted from her paystubs according to the Amended Order Granting Motion for Wage Deduction (DE# 41).

3. The Court recently entered an Order Directing Orange County Commissioners to Comply with Amended Wage Deduction Order (DE# 59) as the Debtor's employer was not withholding and distributing the plan payments correctly per the Amended Order Granting Motion for Wage Deduction (DE# 41).

4. Debtor wishes to reconsider the Order Granting Motion to Dismiss Case for Failure to Maintain Timely Plan Payments in order for the Debtor's employer to have time to comply with the Order Directing Orange County Commissioners to Comply with Amended Wage Deduction Order (DE# 59) and distribute all of the funds they have on hand to the Chapter 13 Trustee's office, which Debtor believes will get her current in this bankruptcy case.

WHEREFORE, the Debtor requests this Honorable Court grant this Motion to Reconsider Order Granting Motion to Dismiss Case for Failure to Maintain Timely Plan Payments and grant such other relief that may be just and proper in the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Motion to Reconsider Order Granting Motion to Dismiss Case for Failure to Maintain Timely Plan Payments have been furnished by regular U.S. Mail or electronically via ECF to Laurie K Weatherford, PO Box 3450, Winter Park, FL 32790, Debtor Helen Romania Elder, 1348 Crawford Drive, Apopka, FL 32703, and to all creditors and parties on the court's mailing matrix, this 11th day of January, 2018.

By: /s/ Wayne B. Spivak
Wayne B. Spivak, Esq.
Florida Bar No. 38191
Justin Clark & Associates, PLLC
Attorney for Debtor
500 Winderley Place, Unit 100
Maitland, FL 32751
Tel: 321-282-1055
Fax: 321-282-1051
Email: wspivak@youhavepower.com